IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD JACOBS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 20-4016 |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF BUCKS, JOSEPH KHAN, and MARGARET MCKEVITT, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of June, 2022, after considering the defendants' motion for summary judgment (Doc. No. 27), the plaintiff's response in opposition to the motion and accompanying exhibits (Doc. Nos. 30, 31, 32, 33, 34, 35, 36), the defendants' reply in support (Doc. No. 37), and the arguments presented during the oral argument; and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendants' motion for summary judgment (Doc. No. 27) is **GRANTED** as to the FMLA claims against the defendants in count I of the complaint, and judgment is **ENTERED** in favor of the defendants and against the plaintiff on count I of the complaint;

2. The defendants' motion for summary judgment (Doc. No. 27) is **GRANTED** as to the 42 U.S.C. § 1983 claims against the defendants in count III of the complaint, and judgment is **ENTERED** in favor of the defendants and against the plaintiff on count III of the complaint;

3. The plaintiff's Pennsylvania Whistleblower Law state-law claim against the defendants in count II of the complaint is **DISMISSED WITHOUT PREJUDICE**; and

4. The clerk of court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.